UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TYRONE V . CARTER, <br><br> Defendant. | Crim. Action No. 04-00122-1 (CKK) |

**ORDER**
**(December 2, 2020)**

This case comes before the Court upon the receipt of a [39] Report and Recommendation from Magistrate Judge G. Michael Harvey, dated November 12, 2020. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 2nd day of December, 2020,

**ORDERED** that the Report and Recommendation, ECF No. 39, is hereby ADOPTED, and it is

**FURTHER ORDERED** that Defendant Tyrone V. Carter's supervised release shall be revoked and he shall be sentenced to a term of imprisonment of 18 months to run concurrent with his current term of imprisonment, with no additional period of supervised release to follow his reincarceration, and it is

**FURTHER ORDERED** that by December 10, 2020, the parties shall indicate by filing a Notice with this Court as to whether they agree to proceed with sentencing via videoteleconference in light of the ongoing Covid-19 pandemic and health and safety concerns.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE